UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julia Mena-Nunez

_____

Write the full name of each plaintiff.

-against-

Early Childhood LLC
Bean Stalk Academy

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

25 CV 7685

(Include case number if one has been
assigned)

Do you want a jury trial?

☑ Yes     ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 16 PM 12: 24

Rev. 1/24/19

## I.     PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Julia_
First Name

Middle Initial

_Mena Nunez_
Last Name

_1440 Wood Rd_
Street Address

_Bronx_
County, City

_NY_
State

_10451_
Zip Code

_646-905-6402_
Telephone Number

_mjasmin1122@gmail.Com_
Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:     _Early Childhood LLC. (Beanstalk Academy)_
Name

_1778 Southern Blvd_
Address where defendant may be served

_Bronx_
County, City

_NY_
State

_10460_
Zip Code

Defendant 2:     _____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                     State               Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Beanstalk Academy
Name

~~257~~ 331 E 150th St.
Address

Bronx                              NY                   10451
County, City                     State               Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑   race:        I was subjected to retaliation and illegal work practices

☐   color:       _____

☐   religion:    _____

☑   sex:         I was sexually assaulted/harrassed

☐   national origin:   _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _PTSD , Anxiety (Diagnosed 2024)_

☑ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☑ did not hire me
- ☑ terminated my employment
- ☐ did not promote me
- ☑ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☑ harassed me or created a hostile work environment
- ☐ other (specify): _____

_____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

There were many laws broken while working at Beanstalk, I was first sexually harrassed by a fellow employee, I made a complaint and was laughed at. I then proceded to HR to inform them, they tranfered Him. I then was retaliated against by the director placing me in a class with double the legal amount of children. I was forced to care for Double the amount of children for 9hours everyday by myself. I was then verbally assaulted and bullied by a fellow co-worker, Administration did nothing so I informed HR.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

As I and my children were sick, I informed the supervisor that I would be taking my sick leave. She accepted, two days later I was told to come in with a note or I was fired. I still had 4days left of sick leave. I Page 5 was terminated Two days later the CEO, Troy S. offered me my job back, I accepted then he recanted

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  _04/23/2025_

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  _06/19/2025_

When did you receive the Notice?  _07/01/2025_

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

The demages Caused by the defendent has Caused my mental health to deteriate. After being wrongfully terminated I was not able to Continue my mental Care. It has been difficult to keep up with living expenses and Caring for 3 small Children. The promissary of re-employment was abruptly cancelled without any explanation. After Enduring harrasment, & retaliation and the illegal work Conditions, I was wrongfully terminated while on medical leave.

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

09/16/2025
Dated

Plaintiff's Signature *Julia Mena-Nunez*

First Name *Julia*        Middle Initial        Last Name *Men-Nunez*

Street Address *1440 Wood Rd    Apt. 1E*

County, City *Bronx, NY*        State *NY*        Zip Code *10462*

Telephone Number *646-905-6402*        Email Address (if available) *mjasmin1122@gmail.com*

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.